# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0734. EUTHA L. DORSEY v. BYUNG KIM.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Eutha Dorsey appealed to the state court, which entered a final judgment in favor of the plaintiff on December 2, 2022. Ten days later, Dorsey filed a direct appeal to this Court; we dismissed the appeal as untimely and for failure to comply with the discretionary review procedures. See *Dorsey v. Kim*, Case No. A24A0415 (Oct. 16, 2023); OCGA §§ 5-6-35 (a) (11); 44-7-56 (b) (1).

In the trial court, Dorsey also filed an OCGA § 9-11-60 (d) motion to set aside the December 2022 order, which the trial court denied on November 9, 2023. That same day, Dorsey filed this direct appeal. We again lack jurisdiction.

As we stated in our order dismissing Dorsey's prior appeal, an appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). And an appeal from a trial court order denying an OCGA § 9-11-60 (d) motion to set aside likewise must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Dorsey's failure to follow the proper procedure deprives us of jurisdiction

over this direct appeal, which is hereby DISMISSED. See *Jim Ellis Atlanta, Inc.*, 283 Ga. App. at 116-117; *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 01/05/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*